AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| DANIEL J. BERNSTEIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:22-cv-2319 |
| National Institute of Standards & Technology, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, DANIEL J. BERNSTEIN                                                                                          .

Date:      08/05/2022

/s/ Josh Loevy
*Attorney's signature*

Josh Loevy, Bar No. IL0105
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607

*Address*

joshl@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*