UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>NATIONAL INSTITUTE OF )<br>STANDARDS AND TECHNOLOGY, et al.)<br>Defendants. )<br>)<br>_____ ) | Civil Action No. 22-2319 (DLF) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Bradley G. Silverman, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Dated: September 13, 2022

Respectfully Submitted,

*/s/ Bradley G. Silverman*_____
BRADLEY G. SILVERMAN
Assistant United States Attorney
DC Bar #1531664
601 D Street, N.W., 7th Floor
Washington, D.C. 20530
Tel: (202) 252-2575
Email: bradley.silverman@usdoj.gov

*Counsel for the Defendants*