UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL J. BERNSTEIN,

        *Plaintiff*,

v.

NATIONAL INSTITUTE OF
STANDARDS AND TECHNOLOGY et al.,

        *Defendants*.

Civil Action No. 22-2319 (DLF)

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move by and through the undersigned counsel for a two business-day extension, to October 18, 2022, of the deadline to file a Joint Status Report ("JSR"). Pursuant to Local Civil Rule 7(m), the undersigned has conferred with Plaintiff's counsel, who consents to this relief. Good cause to extend this deadline exists. The agency counsel assigned to this matter—who possesses the knowledge of the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act, 5 U.S.C. § 552, necessary to draft a JSR—is currently sick and out of the office, and the undersigned has been unable to reach him. A two business-day extension hopefully will enable agency counsel to recover over the weekend and provide the undersigned with the information necessary to draft a JSR.  A proposed order is attached.

Dated: October 14, 2022
                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      D.C. Bar #481052
                                      United States Attorney

                                      BRIAN P. HUDAK
                                      Chief, Civil Division

By: /s/ _____
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY et al.,<br><br>*Defendants*. | Civil Action No. 22-2319 (DLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Extension of Time, it is hereby ORDERED that Defendants' motion is GRANTED. The parties shall file a Joint Status Report by October 18, 2022.

SO ORDERED.

_____
Dated

_____
DABNEY L. FRIEDRICH
United States District Court Judge