# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daniel J. Bernstein | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| National Institute of Standards & Technology et al | ) |
| *Defendant* | ) |

Civil Action No. 22-cv-02319

## SUMMONS IN A CIVIL ACTION

To:      *(Defendant's name and address)*

U.S. DEPARTMENT OF COMMERCE
1401 Constitution Ave NW
Washington, D.C. 20230

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew V. Topic
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  8/9/2022

/s/ Marquia Langford

*Signature of Clerk or Deputy Clerk*

FOIA Summons (1/13) (Page 2)

Civil Action No.

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of commerce

was received by me on *(date)* 08/09/2022 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons + complaint via USPS certified mail, Return Reciept Requested. Article No. 7021 1970 0000 3629 7459

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/16/2022

BeckiShertok
_____
*Server's signature*

Becki Shertok, Paralegal
_____
*Printed name and title*

Loevy3 Loevy
311 N. Aberdeen St. 3rd FL
Chicago, IL 60607
_____
*Server's address*

Additional information regarding attempted service, etc:

