FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Daniel J. Bernstein

_____
*Plaintiff*

v.

National Institute of Standards & Technology et al
_____
*Defendant*

Civil Action No. 22-cv-02319

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY
100 Bureau Drive
Gaithersburg, MD 20899

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew V. Topic
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date: 8/9/2022
_____

/s/ Marquia Langford
_____
*Signature of Clerk or Deputy Clerk*

Case 1:22-cv-02319-DLF   Document 5   Filed 08/09/22   Page 4 of 8

FOIA Summons (1/13) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  National Institute of Standards ÷ tech
was received by me on *(date)*  08/09/2022                .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons + complaint via USPS certified
mail, return reciept requested, Article No. 7021 1970 0000 3629 7442

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 08/16/2022                     Beki Shertok
                                     _____
                                              *Server's signature*

                                     Beki Shertok, Paralegal
                                     _____
                                              *Printed name and title*
                                     Loevy + Loevy
                                     311 N. Aberdeen St. 3rd FL
                                     Chicago, IL 60607
                                     _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NATIONAL INSTITUTE OF STANDARDS
AND TECHNOLOGY
100 Bureau Drive
Gaithersburg, MD 20899

9590 9402 7005 1225 8190 59

2. Article Number (Transfer from service label)

7021 1970 0000 3629 7442

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     □ Agent
                       □ Addressee

B. Received by (Printed Name)     C. Date of Delivery
SADIE SPENGHT          8/19/22

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         ☑ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☑ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
   (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt