UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>   *Plaintiff*,<br><br>v.<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY et al.,<br><br>   *Defendants*. | Civil Action No. 22-2319 (DLF) |

**JOINT STATUS REPORT**

  Pursuant to this Court's Minute Order (Oct. 18, 2022), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and U.S. Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and propose further proceedings in this case.

  As previously reported, Defendants expect to make a final determination on Plaintiff's FOIA request by the end of 2023, and are releasing records on a rolling basis as they are processed. Defendants began producing responsive records on August 31, 2022, and have thus far made eight releases, furnishing Plaintiff with 195 records (comprising 3,653 pages) in full and 1 record (comprising 17 pages) with some information redacted pursuant to Exemption 6. The following table summarizes Defendants' productions to date:

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| Interim release 1 | 2022-08-31 | 3 | 49 | released in full |
| Interim release 2 | 2022-09-14 | 4 | 89 | released in full |
| Interim release 3 | 2022-10-03 | 30 | 735 | released in full |
| Interim release 4 | 2022-10-12 | 55 | 612* | released in full |
| Interim release 5 | 2022-11-07 | 25 | 532 | released in full |
| | | 1 | 17 | partial withholding per (b)(6) |
| Interim release 6 | 2022-12-09 | 12 | 205 | released in full |
| Interim release 7 | 2023-01-03 | 31 | 570 | released in full |
| | | 1 | 6 | withheld in full under (b)(5)-DPP |
| Interim release 8 | 2023-01-13 | 35 | 861 | released in full |

The parties propose that the Court direct them to file another JSR by April 18, 2023.

Dated: January 18, 2023

Respectfully submitted,

*/s/ Josh Loevy*
JOSH LOEVY, D.C. Bar No. IL0105
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
  BRADLEY G. SILVERMAN
  Assistant United States Attorney
  D.C. Bar #1531664
  U.S. Attorney's Office
  District of Columbia
  601 D Street NW
  Washington, DC 20530
  (202) 252-2575
  bradley.silverman@usdoj.gov

*Counsel for Defendant*