AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DANIEL J. BERNSTEIN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-02319 (DLF) |
| NATIONAL INSTITUTE OF STANDARDS AND ) | |
| TECHNOLOGY, et. al. *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Daniel J. Bernstein                    .

Date:   02/21/2023

/s/ Merrick J. Wayne
*Attorney's signature*

Merrick J. Wayne, Bar No. IL0058
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

merrick@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*