UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY et al.,<br><br>*Defendants*. | Civil Action No. 22-2319 (DLF) |

## **JOINT STATUS REPORT**

Pursuant to this Court's Minute Order on January 18, 2023, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and U.S. Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and propose further proceedings in this case.

As previously reported, Defendants expect to make a final determination on Plaintiff's FOIA request by the end of 2023, and are releasing records on a rolling basis as they are processed. Defendants started producing responsive records on August 31, 2022, and have thus far made 11 releases, furnishing Plaintiff with 258 records (comprising 4,358 pages) in full and 1 record (comprising 17 pages) with some information redacted pursuant to Exemption 6. Defendants have also informed Plaintiff that they are withholding 1 record (comprising 6 pages) pursuant to Exemption 5. The table below provides further details about the 11 releases.

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR1 | 8/31/2022 | 3 | 49 | released in full |
| IR2 | 9/14/2022 | 4 | 89 | released in full |
| IR3 | 10/3/2022 | 30 | 735 | released in full |
| IR4 | 10/12/2022 | 55 | 612 | released in full |
| IR5 | 11/7/2022 | 25 | 532 | released in full |
|  |  | 1 | 17 | partial withholding per (b)(6) |
| IR6 | 12/9/2022 | 12 | 205 | released in full |
| IR7 | 1/3/2023 | 31 | 570 | released in full |
|  |  | 1 | 6 | withheld in full under (b)(5)-DPP |
| IR8 | 1/13/2023 | 35 | 861 | released in full |
| IR9 | 2/3/2023 | 20 | 341 | released in full |
| IR10 | 2/9/2023 | 31 | 177 | released in full |
| IR11 | 3/14/2023 | 12 | 187 | released in full |

The parties propose that the Court direct them to file another JSR by July 17, 2023.

Dated: April 18, 2023                                              Respectfully submitted,

/s/ Merrick Wayne                              MATTHEW M. GRAVES
Matthew Topic, D.C. Bar No. IL0037             United States Attorney
Merrick Wayne, D.C. Bar No. IL0058             D.C. Bar #481052
Stephen Stitch Match, D.C. Bar No. MA0044
LOEVY & LOEVY                                  BRIAN P. HUDAK
311 North Aberdeen, 3rd Floor                  Chief, Civil Division
Chicago, IL 60607
(Tel:) 312-243-5900                            By: /s/ Bradley G. Silverman
foia@loevy.com                                     BRADLEY G. SILVERMAN
                                                   Assistant United States
*Counsel for Plaintiff*                            Attorney
                                                   D.C. Bar #1531664
                                                   U.S. Attorney's Office
                                                   District of Columbia
                                                   601 D Street NW
                                                   Washington, DC 20530
                                                   (202) 252-2575
                                                   bradley.silverman@usdoj.gov

                                                   *Counsel for Defendant*