UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>　　　　　*Defendants*. | Civil Action No. 22-2319 (DLF) |

## JOINT STATUS REPORT

　　　　Pursuant to this Court's Minute Order on April 19, 2023, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and U.S. Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

　　　　As previously reported, Defendants expect to make a final determination on Plaintiff's FOIA request by the end of 2023, and are releasing records on a rolling basis as they are processed. Defendants started producing responsive records on August 31, 2022, and have thus far made 14 releases, furnishing Plaintiff with over 5,000 pages of responsive records. (301 records comprising 4,987 pages of records have been released in full, 1 record comprising 17 pages had some information redacted pursuant to Exemption 6, and 1 record comprising 6 pages was withheld pursuant to Exemption 5.) The table below provides further details about the releases. The parties propose that the Court direct them to file another JSR by September 18, 2023.

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR1 | 8/31/2022 | 3 | 49 | released in full |
| IR2 | 9/14/2022 | 4 | 89 | released in full |
| IR3 | 10/3/2022 | 30 | 735 | released in full |
| IR4 | 10/12/2022 | 55 | 612 | released in full |
| IR5 | 11/7/2022 | 25 | 532 | released in full |
|  |  | 1 | 17 | partial withholding per (b)(6) |
| IR6 | 12/9/2022 | 12 | 205 | released in full |
| IR7 | 1/3/2023 | 31 | 570 | released in full |
|  |  | 1 | 6 | withheld in full under (b)(5)-DPP |
| IR8 | 1/13/2023 | 35 | 861 | released in full |
| IR9 | 2/3/2023 | 20 | 341 | released in full |
| IR10 | 2/9/2023 | 31 | 177 | released in full |
| IR11 | 3/14/2023 | 12 | 187 | released in full |
| IR12 | 5/4/2023 | 18 | 237 | released in full |
| IR13 | 5/16/2023 | 10 | 182 | released in full |
| IR14 | 6/16/2023 | 15 | 210 | released in full |

Dated: July 17, 2023

/s/ Merrick Wayne

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
   BRADLEY G. SILVERMAN
   Assistant United States Attorney
   D.C. Bar #1531664
   U.S. Attorney's Office
   District of Columbia
   601 D Street NW
   Washington, DC 20530
   (202) 252-2575
   bradley.silverman@usdoj.gov

*Counsel for Defendant*