UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>        *Plaintiff*,<br><br>  v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>        *Defendants*. | Civil Action No. 22-2319 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order on July 18, 2023, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and U.S. Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Defendants previously reported they expected to make a final determination on Plaintiff's FOIA request by the end of 2023, and are releasing records on a rolling basis as they are processed. Defendants have fallen behind in processing the request due to the volume of other requests being concurrently processed by the same division of NIST, and currently estimate that a final determination will be complete by the end of February 2024. Defendants started producing responsive records on August 31, 2022, and have thus far made 18 releases, furnishing Plaintiff with over 5,500 pages of responsive records. (395 records comprising 5,481 pages of records have been released in full, 2 records comprising 19 pages had some information redacted pursuant to Exemption 6, and 1 record comprising 6 pages was withheld pursuant to Exemption 5.) The table

below provides further details about the releases.

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR1 | 8/31/2022 | 3 | 49 | released in full |
| IR2 | 9/14/2022 | 4 | 89 | released in full |
| IR3 | 10/3/2022 | 30 | 735 | released in full |
| IR4 | 10/12/2022 | 55 | 612 | released in full |
| IR5 | 11/7/2022 | 25 | 532 | released in full |
|  |  | 1 | 17 | partial withholding per (b)(6) |
| IR6 | 12/9/2022 | 12 | 205 | released in full |
| IR7 | 1/3/2023 | 31 | 570 | released in full |
|  |  | 1 | 6 | withheld in full under (b)(5)-DPP |
| IR8 | 1/13/2023 | 35 | 861 | released in full |
| IR9 | 2/3/2023 | 20 | 341 | released in full |
| IR10 | 2/9/2023 | 31 | 177 | released in full |
| IR11 | 3/14/2023 | 12 | 187 | released in full |
| IR12 | 5/4/2023 | 18 | 237 | released in full |
| IR13 | 5/16/2023 | 10 | 182 | released in full |
| IR14 | 6/16/2023 | 15 | 210 | released in full |
| IR15 | 7/26/2023 | 15 | 143 | released in full |
| IR16 | 8/14/2023 | 28 | 85 | released in full |
|  |  | 1 | 2 | partial withholding per (b)(6) |
| IR17 | 8/15/2023 | 9 | 118 | released in full |
| IR18 | 9/14/2023 | 42 | 148 | released in full |

Table of releases made by NIST to Bernstein for FOIA request DOC-NIST-2022-001064

The parties propose that the Court direct them to file another JSR by November 17, 2023.

| | |
|---|---|
| Dated: September 18, 2023 | Respectfully submitted, |
| | |
| /s/ Merrick Wayne | MATTHEW M. GRAVES |
| Matthew Topic, D.C. Bar No. IL0037 | United States Attorney |
| Merrick Wayne, D.C. Bar No. IL0058 | D.C. Bar #481052 |
| Stephen Stich Match, D.C. Bar No. MA0044 | |
| LOEVY & LOEVY | BRIAN P. HUDAK |
| 311 North Aberdeen, 3rd Floor | Chief, Civil Division |
| Chicago, IL 60607 | |
| (Tel:) 312-243-5900 | By: /s/ Bradley G. Silverman |
| foia@loevy.com | BRADLEY G. SILVERMAN |
| | Assistant United States Attorney |
| | D.C. Bar #1531664 |
| *Counsel for Plaintiff* | U.S. Attorney's Office |
| | District of Columbia |
| | 601 D Street NW |
| | Washington, DC 20530 |
| | (202) 252-2575 |
| | bradley.silverman@usdoj.gov |
| | |
| | *Counsel for Defendant* |