UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>        *Plaintiff*,<br><br>  v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>        *Defendants*. | Civil Action No. 22-2319 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order on September 18, 2023, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and U.S. Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Defendants started producing responsive records on August 31, 2022, and have thus far made 21 releases, furnishing Plaintiff with over 6,000 pages of responsive records. (457 records comprising 6,000 pages of records have been released in full, 2 records comprising 19 pages were released with some information redacted pursuant to Exemption 6, and 1 record comprising 6 pages was withheld pursuant to Exemption 5.) The table below provides further details about the releases. Defendants estimate that a final determination will be complete by the end of February 2024.

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR1 | 8/31/2022 | 3 | 49 | released in full |
| IR2 | 9/14/2022 | 4 | 89 | released in full |
| IR3 | 10/3/2022 | 30 | 735 | released in full |
| IR4 | 10/12/2022 | 55 | 612 | released in full |
| IR5 | 11/7/2022 | 25 | 532 | released in full |
|  |  | 1 | 17 | partial withholding per (b)(6) |
| IR6 | 12/9/2022 | 12 | 205 | released in full |
| IR7 | 1/3/2023 | 31 | 570 | released in full |
|  |  | 1 | 6 | withheld in full under (b)(5)-DPP |
| IR8 | 1/13/2023 | 35 | 861 | released in full |
| IR9 | 2/3/2023 | 20 | 341 | released in full |
| IR10 | 2/9/2023 | 31 | 177 | released in full |
| IR11 | 3/14/2023 | 12 | 187 | released in full |
| IR12 | 5/4/2023 | 18 | 237 | released in full |
| IR13 | 5/16/2023 | 10 | 182 | released in full |
| IR14 | 6/16/2023 | 15 | 210 | released in full |
| IR15 | 7/26/2023 | 15 | 143 | released in full |
| IR16 | 8/14/2023 | 28 | 85 | released in full |
|  |  | 1 | 2 | partial withholding per (b)(6) |
| IR17 | 8/15/2023 | 9 | 118 | released in full |
| IR18 | 9/14/2023 | 42 | 148 | released in full |
| IR19 | 9/22/2023 | 45 | 261 | released in full |
| IR20 | 10/12/2023 | 8 | 177 | released in full |
| IR21 | 11/9/2023 | 6 | 81 | released in full |

Table of releases made by NIST to Bernstein for FOIA request DOC-NIST-2022-001064

The parties propose that the Court direct them to file another JSR by January 16, 2024.

\*     \*     \*

| | |
|---|---|
| Dated: November 17, 2023 | Respectfully submitted, |
| /s/ Merrick Wayne<br>Matthew Topic, D.C. Bar No. IL0037<br>Merrick Wayne, D.C. Bar No. IL0058<br>Stephen Stich Match, D.C. Bar No. MA0044<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>(Tel:) 312-243-5900<br>foia@loevy.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar #481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Bradley G. Silverman<br>     BRADLEY G. SILVERMAN<br>     Assistant United States Attorney<br>     D.C. Bar #1531664<br>     U.S. Attorney's Office<br>     District of Columbia<br>     601 D Street NW<br>     Washington, DC 20530<br>     (202) 252-2575<br>     bradley.silverman@usdoj.gov<br><br>*Counsel for Defendants* |