UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>   *Plaintiff*,<br><br> v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>   *Defendants*. | Civil Action No. 22-2319 (DLF) |

## NOTICE OF RELATED CASE

  Defendants National Institute of Standards and Technology and Department of Commerce, by and through undersigned counsel, respectfully notify this Court of a related case, *Bernstein v. National Institute of Standards and Technology* ("*Bernstein II*"), Civ. A. No. 23-2938 (CKK). Like this case, *Bernstein II* arises under the Freedom of Information Act, 5 U.S.C. § 552, and involves the same parties. Plaintiff's request in *Bernstein II* seeks essentially the same type of records that it seeks in this case, but for a different date range. Here, Plaintiff seeks certain records created up through March 16, 2022. In *Bernstein II*, it seeks the same type of records created between March 17, 2022 and October 3, 2023, Defendants will begin processing in *Bernstein II* in March 2024, after Defendants expect processing in this case to complete, and Judge Kollar-Kotelly directed the parties to file a Joint Status Report by April 1, 2024. *See Bernstein II* Min. Order (Jan. 4, 2024).

             \*   \*   \*

Dated: January 5, 2024                    Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            D.C. Bar #481052

                                            BRIAN P. HUDAK
                                            Chief, Civil Division

                                            By: /s/ Bradley G. Silverman
                                                 BRADLEY G. SILVERMAN
                                                 Assistant United States Attorney
                                                 D.C. Bar #1531664
                                                 U.S. Attorney's Office
                                                 District of Columbia
                                                 601 D Street NW
                                                 Washington, DC 20530
                                                 (202) 252-2575
                                                 bradley.silverman@usdoj.gov

                                                 *Attorneys for the United States of America*