UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>　　　　　*Defendants*. | Civil Action No. 22-2319 (DLF) |

**JOINT STATUS REPORT AND BRIEF REGARDING RELATEDNESS**

　　Pursuant to this Court's Minute Orders (Nov. 17, 2023 & Jan. 8, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and brief regarding the relatedness of this case and *Bernstein v. National Institute of Standards and Technology, et al.* ("*Bernstein II*"), Civ. A. No. 23-2938 (CKK) (DDC).

　　Defendants began producing responsive records on August 31, 2022, and have thus far made 22 releases, furnishing Plaintiff with over 6,200 pages of responsive records. This consists of 478 records comprising 6,100 pages of records released in full, 15 records comprising 111 pages released with redactions pursuant to Exemption 6, and one record comprising six pages withheld pursuant to Exemption 5 under the deliberative process privilege. The table below provides further detail about the releases. Defendants continue to estimate that a final determination will be complete by the end of February 2024.

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR1 | 8/31/2022 | 3 | 49 | released in full |
| IR2 | 9/14/2022 | 4 | 89 | released in full |
| IR3 | 10/3/2022 | 30 | 735 | released in full |
| IR4 | 10/12/2022 | 55 | 612 | released in full |
| IR5 | 11/7/2022 | 25 | 532 | released in full |
|  |  | 1 | 17 | partial withholding per (b)(6) |
| IR6 | 12/9/2022 | 12 | 205 | released in full |
| IR7 | 1/3/2023 | 31 | 570 | released in full |
|  |  | 1 | 6 | withheld in full under (b)(5)-DPP |
| IR8 | 1/13/2023 | 35 | 861 | released in full |
| IR9 | 2/3/2023 | 20 | 341 | released in full |
| IR10 | 2/9/2023 | 31 | 177 | released in full |
| IR11 | 3/14/2023 | 12 | 187 | released in full |
| IR12 | 5/4/2023 | 18 | 237 | released in full |
| IR13 | 5/16/2023 | 10 | 182 | released in full |
| IR14 | 6/16/2023 | 15 | 210 | released in full |
| IR15 | 7/26/2023 | 15 | 143 | released in full |
| IR16 | 8/14/2023 | 28 | 85 | released in full |
|  |  | 1 | 2 | partial withholding per (b)(6) |
| IR17 | 8/15/2023 | 9 | 118 | released in full |
| IR18 | 9/14/2023 | 42 | 148 | released in full |
| IR19 | 9/22/2023 | 45 | 261 | released in full |
| IR20 | 10/12/2023 | 8 | 177 | released in full |
| IR21 | 11/9/2023 | 6 | 81 | released in full |
| IR22 | 12/19/2023 | 24 | 100 | released in full |
|  |  | 11 | 87 | partial withholding per (b)(6) |

*Table of releases made by NIST to Bernstein for FOIA request DOC-NIST-2022-001064*

Both this case and *Bernstein II* seek "a copy of NIST's records regarding the NIST Post-Quantum Cryptography Standardization Project" (the "Project"). ECF 1-1 at 3; *Bernstein II*, ECF 1-1 at 5. The difference between the cases is that, as clarified between the parties, this case encompasses only Project records up through March 16, 2022, whereas *Bernstein II* encompasses only Project records subsequent to March 16, 2022. The records sought otherwise are of essentially the same nature; the main difference between the two FOIA requests is the period of time that each

one covers. Part of both requests seeks "all records of NIST/NSA meetings during the specified period." In this case, Plaintiff's request limited the NIST/NSA meeting records to those mentioning "quantum." ECF 1-1 at 3. In *Bernstein II*, Plaintiff did not include the "quantum" limitation in his request for NIST/NSA meeting records. *Bernstein II*, ECF 1-1 at 5. As the processing of the Project records is proceeding in chronological order based on the date of creation of the records, the parties have agreed that Defendants will complete processing of Project records responsive to this matter—i.e., records created on or before March 16, 2022—before processing the Project records responsive to *Bernstein II*—i.e., records created after March 16, 2022. Defendants intend to use the same resources to process the Project records for this matter and for *Bernstein II*. As mentioned, Defendants estimate that they will complete the processing of records for this matter by the end of February 2024, and will start processing records responsive to *Bernstein II* in March 2024. This Court need not take any action due to the related case.

The parties propose that the Court direct them to file another JSR by March 18, 2024, indicating whether any issues remain between the parties and proposing next steps in this matter.

| | |
|---|---|
| Dated: January 16, 2024 | Respectfully submitted, |
| /s/ Merrick Wayne<br>MERRICK WAYNE<br>Matthew Topic, IL0037<br>Josh Loevy, IL0105<br>Shelley Geiszler, IL0087<br>Merrick Wayne, IL0058<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>(Tel:) 312-243-5900<br>foia@loevy.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar #481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Bradley G. Silverman<br>BRADLEY G. SILVERMAN<br>Assistant United States Attorney<br>D.C. Bar #1531664<br>U.S. Attorney's Office<br>District of Columbia<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575<br>bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |