UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL J. BERNSTEIN,

        *Plaintiff*,

  v.

NATIONAL INSTITUTE OF
STANDARDS AND TECHNOLOGY et al.,

        *Defendants*.

Civil Action No. 22-2319 (DLF)

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Jan. 17, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Defendants started producing responsive records on August 31, 2022, and have thus far made 26 releases, furnishing Plaintiff with over 8,000 pages of responsive records. This consists of 658 records comprising 7,845 pages of records released in full; 20 records comprising 162 pages released with some information redacted pursuant to Exemption 6 to protect personal privacy; and one record comprising six pages withheld pursuant to Exemption 5 in conjunction with the deliberative process privilege. The table below provides further details about the releases.

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR1 | 8/31/2022 | 3 | 49 | released in full |
| IR2 | 9/14/2022 | 4 | 89 | released in full |
| IR3 | 10/3/2022 | 30 | 735 | released in full |
| IR4 | 10/12/2022 | 55 | 612 | released in full |
| IR5 | 11/7/2022 | 25 | 532 | released in full |
|  |  | 1 | 17 | redactions under (b)(6) |
| IR6 | 12/9/2022 | 12 | 205 | released in full |
| IR7 | 1/3/2023 | 31 | 570 | released in full |
|  |  | 1 | 6 | withheld pursuant to (b)(5)-DPP |
| IR8 | 1/13/2023 | 35 | 861 | released in full |
| IR9 | 2/3/2023 | 20 | 341 | released in full |
| IR10 | 2/9/2023 | 31 | 177 | released in full |
| IR11 | 3/14/2023 | 12 | 187 | released in full |
| IR12 | 5/4/2023 | 18 | 237 | released in full |
| IR13 | 5/16/2023 | 10 | 182 | released in full |
| IR14 | 6/16/2023 | 15 | 210 | released in full |
| IR15 | 7/26/2023 | 15 | 143 | released in full |
| IR16 | 8/14/2023 | 28 | 85 | released in full |
|  |  | 1 | 2 | redactions under (b)(6) |
| IR17 | 8/15/2023 | 9 | 118 | released in full |
| IR18 | 9/14/2023 | 42 | 148 | released in full |
| IR19 | 9/22/2023 | 45 | 261 | released in full |
| IR20 | 10/12/2023 | 8 | 177 | released in full |
| IR21 | 11/9/2023 | 6 | 81 | released in full |
| IR22 | 12/19/2023 | 24 | 100 | released in full |
|  |  | 11 | 87 | redactions under (b)(6) |
| IR23 | 1/24/2024 | 28 | 568 | released in full |
|  |  | 5 | 51 | redactions under (b)(6) |
| IR24 | 2/14/2024 | 42 | 271 | released in full |
| IR25 | 3/8/2024 | 39 | 346 | released in full |
| IR26 | 3/15/2024 | 50 | 560 | released in full |

Table of releases made by NIST to Bernstein for FOIA request DOC-NIST-2022-001064

On October 18, 2022, Defendants reported in the first JSR for this matter that it was processing 514,000 potentially responsive emails and it anticipated completing the initial processing of said emails by the end of 2023. On September 18, 2023, Defendants revised their

estimate and reported to the Court that they anticipated completing its initial review by the end of February 2024. Defendants now estimate that its initial review will complete in May 2024. Defendants apologize for the delay, and note that the subject matter expert best situated to review all the documents was Acting in the role of Deputy Lab Director of the Information Technology Laboratory ("Laboratory"), in addition to his normal duties as Chief of the Computer Security Division of the Laboratory, from November 2022 through March 8, 2024.

The parties propose that the Court direct them to file another JSR by May 17, 2024.

Dated: March 18, 2024

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Bradley G. Silverman*
    BRADLEY G. SILVERMAN
    Assistant United States Attorney
    D.C. Bar #1531664
    U.S. Attorney's Office
    District of Columbia
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States*