UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>             *Plaintiff*,<br><br>      v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>             *Defendants*. | Civil Action No. 22-2319 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Mar. 19, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendants started producing responsive records on August 31, 2022, and have thus far determined 9,268 pages to be responsive to Plaintiff's FOIA request and made 32 releases of responsive records. (930 records comprising 9,100 pages have been released in full, 20 records comprising 162 pages were released with some information redacted pursuant to Exemption 6 to protect personal privacy, and 1 record comprising 6 pages was withheld pursuant to Exemption 5 in conjunction with the deliberative process privilege.) The table below provides further details about the releases.

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR1 | 8/31/2022 | 3 | 49 | released in full |
| IR2 | 9/14/2022 | 4 | 89 | released in full |
| IR3 | 10/3/2022 | 30 | 735 | released in full |
| IR4 | 10/12/2022 | 55 | 612 | released in full |
| IR5 | 11/7/2022 | 25 | 532 | released in full |
|  |  | 1 | 17 | redactions under (b)(6) |
| IR6 | 12/9/2022 | 12 | 205 | released in full |
| IR7 | 1/3/2023 | 31 | 570 | released in full |
|  |  | 1 | 6 | withheld pursuant to (b)(5)-DPP |
| IR8 | 1/13/2023 | 35 | 861 | released in full |
| IR9 | 2/3/2023 | 20 | 341 | released in full |
| IR10 | 2/9/2023 | 31 | 177 | released in full |
| IR11 | 3/14/2023 | 12 | 187 | released in full |
| IR12 | 5/4/2023 | 18 | 237 | released in full |
| IR13 | 5/16/2023 | 10 | 182 | released in full |
| IR14 | 6/16/2023 | 15 | 210 | released in full |
| IR15 | 7/26/2023 | 15 | 143 | released in full |
| IR16 | 8/14/2023 | 28 | 85 | released in full |
|  |  | 1 | 2 | redactions under (b)(6) |
| IR17 | 8/15/2023 | 9 | 118 | released in full |
| IR18 | 9/14/2023 | 42 | 148 | released in full |
| IR19 | 9/22/2023 | 45 | 261 | released in full |
| IR20 | 10/12/2023 | 8 | 177 | released in full |
| IR21 | 11/9/2023 | 6 | 81 | released in full |
| IR22 | 12/19/2023 | 24 | 100 | released in full |
|  |  | 11 | 87 | redactions under (b)(6) |
| IR23 | 1/24/2024 | 28 | 568 | released in full |
|  |  | 5 | 51 | redactions under (b)(6) |
| IR24 | 2/14/2024 | 42 | 271 | released in full |
| IR25 | 3/8/2024 | 39 | 346 | released in full |
| IR26 | 3/15/2024 | 50 | 560 | released in full |
| IR27 | 3/22/2024 | 42 | 271 | released in full |
| IR28 | 4/5/2024 | 80 | 342 | released in full |
| IR29 | 4/12/2024 | 36 | 207 | released in full |
| IR30 | 4/26/2024 | 26 | 59 | released in full |
| IR31 | 5/7/2024 | 36 | 255 | released in full |
| IR32 | 5/16/2024 | 38 | 68 | released in full |

Table of releases made by NIST to Bernstein for FOIA request DOC-NIST-2022-001064

Defendants have twice revised when it anticipated completing the processing the 514,000 potentially responsive emails located by its search. Defendants original estimate, reported to the Court on October 18, 2022, was that initial processing would be complete by the end of 2023. On September 18, 2023, Defendants reported to the Court a revised estimated initial completion date of the end of February 2024. Defendants' current estimate, reported to the Court with the status report of March 18, 2024, is that its initial review will complete by the end of this month. Defendants report that although initial review should be complete by the end of this month, production of documents that require consultation with external agencies and documents still undergoing clearance review will continue to be produced in rolling productions beyond May 2024 as consultations and clearance completes.

After production is complete, the parties intend to meet and confer to discuss whether any issues remain and, if so, to work together in good faith to try to resolve them without judicial intervention. The parties propose that the Court direct them to file another JSR by July 16, 2024, with a recommendation for further proceedings in this matter.

*   *   *

| | |
|---|---|
| Dated: May 16, 2024 | Respectfully submitted, |
| /s/ Merrick Wayne<br>MERRICK WAYNE<br>Matthew Topic, IL0037<br>Josh Loevy, IL0105<br>Shelley Geiszler, IL0087<br>Merrick Wayne, IL0058<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>(Tel:) 312-243-5900<br>foia@loevy.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar #481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Bradley G. Silverman<br>    BRADLEY G. SILVERMAN<br>    Assistant United States Attorney<br>    D.C. Bar #1531664<br>    U.S. Attorney's Office<br>    District of Columbia<br>    601 D Street NW<br>    Washington, DC 20530<br>    (202) 252-2575<br>    bradley.silverman@usdoj.gov<br><br>*Counsel for Defendant* |