UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>              Plaintiff,<br><br>    v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>              Defendants. | Civil Action No. 22-2319 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (May 17, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of the search for, processing of, and production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Defendants have completed their review of records located that are responsive to the request, though production of some documents remains outstanding as Defendants await completion of consultation with external agencies and clearance review. Defendants produced over 10,000 pages to Plaintiff from August 2022 through June 2024: 1128 documents comprising 10,026 pages have been released in full, 20 documents comprising 162 pages had partial redactions pursuant to FOIA Exemption 6, and 1 document comprising 6 pages was withheld in full pursuant to FOIA Exemption 5, in conjunction with the deliberative process privilege.

The table below provides further details about the releases.

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR1 | 8/31/2022 | 3 | 49 | released in full |
| IR2 | 9/14/2022 | 4 | 89 | released in full |
| IR3 | 10/3/2022 | 30 | 735 | released in full |
| IR4 | 10/12/2022 | 55 | 612 | released in full |
| IR5 | 11/7/2022 | 25 | 532 | released in full |
|  |  | 1 | 17 | redactions under (b)(6) |
| IR6 | 12/9/2022 | 12 | 205 | released in full |
| IR7 | 1/3/2023 | 31 | 570 | released in full |
|  |  | 1 | 6 | withheld pursuant to (b)(5)-DPP |
| IR8 | 1/13/2023 | 35 | 861 | released in full |
| IR9 | 2/3/2023 | 20 | 341 | released in full |
| IR10 | 2/9/2023 | 31 | 177 | released in full |
| IR11 | 3/14/2023 | 12 | 187 | released in full |
| IR12 | 5/4/2023 | 18 | 237 | released in full |
| IR13 | 5/16/2023 | 10 | 182 | released in full |
| IR14 | 6/16/2023 | 15 | 210 | released in full |
| IR15 | 7/26/2023 | 15 | 143 | released in full |
| IR16 | 8/14/2023 | 28 | 85 | released in full |
|  |  | 1 | 2 | redactions under (b)(6) |
| IR17 | 8/15/2023 | 9 | 118 | released in full |
| IR18 | 9/14/2023 | 42 | 148 | released in full |
| IR19 | 9/22/2023 | 45 | 261 | released in full |
| IR20 | 10/12/2023 | 8 | 177 | released in full |
| IR21 | 11/9/2023 | 6 | 81 | released in full |
| IR22 | 12/19/2023 | 24 | 100 | released in full |
|  |  | 11 | 87 | redactions under (b)(6) |
| IR23 | 1/24/2024 | 28 | 568 | released in full |
|  |  | 5 | 51 | redactions under (b)(6) |
| IR24 | 2/14/2024 | 42 | 271 | released in full |
| IR25 | 3/8/2024 | 39 | 346 | released in full |
| IR26 | 3/15/2024 | 50 | 560 | released in full |
| IR27 | 3/22/2024 | 42 | 271 | released in full |
| IR28 | 4/5/2024 | 80 | 342 | released in full |
| IR29 | 4/12/2024 | 36 | 207 | released in full |
| IR30 | 4/26/2024 | 26 | 59 | released in full |
| IR31 | 5/7/2024 | 36 | 255 | released in full |
| IR32 | 5/16/2024 | 38 | 68 | released in full |
| IR33 | 5/31/2024 | 23 | 73 | released in full |

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR34 | 6/17/2024 | 114 | 508 | released in full |
| IR35 | 6/21/2024 | 61 | 345 | released in full |

Table of releases made by NIST to Bernstein for FOIA request DOC-NIST-2022-001064

After production is complete, the parties intend to meet and confer to discuss whether any issues remain and, if so, to work together in good faith to try to resolve them without judicial intervention. The parties propose that the Court direct them to file another JSR by September 16, 2024, with a recommendation for further proceedings in this matter.

Dated: July 16, 2024

Respectfully submitted,

/s/ Merrick Wayne
MERRICK WAYNE
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*