UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY et al.,<br><br>*Defendants*. | Civil Action No. 22-2319 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order on May 17, 2024, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and U.S. Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Defendants continue to consult with external agencies and obtain clearance review of documents. To date, defendants have relayed a final determination upon 11,700 pages of documents provided over 38 interim releases made between August 31, 2022 and August 27, 2024: 1,224 documents comprising 10,809 pages have been released in full; 130 documents comprising 885 pages had partial redactions pursuant to FOIA Exemption 6; and 1 document comprising 6 pages was withheld in full pursuant to FOIA Exemption 5, in conjunction with the deliberative process privilege. Over 2,000 documents still require feedback from external agencies.

The table below provides further details about the releases made within the last three months.

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR34 | 6/17/2024 | 114 | 508 | released in full |
| IR35 | 6/21/2024 | 61 | 345 | released in full |
| IR36 | 7/16/2024 | 39 | 262 | released in full |
| IR37 | 7/26/2024 | 33 | 373 | released in full |
|  |  | 45 | 220 | partial withholding per (b)(6) |
| IR38 | 8/27/2024 | 24 | 148 | released in full |
|  |  | 65 | 503 | partial withholding per (b)(6) |

Table of releases made by NIST to Bernstein since June 17, 2024 for FOIA request DOC-NIST-2022-001064

In the next JSR, Defendants intend to report exactly how many documents that have been determined to be responsive are still undergoing consultation and clearance. After production is complete, the parties will meet and confer to discuss whether any issues remain and, if so, to work together in good faith to try to resolve them without judicial intervention. The parties propose that the Court direct them to file another JSR by November 15, 2024, with a recommendation for further proceedings in this matter.

| | |
|---|---|
| Dated: September 16, 2024 | Respectfully submitted, |
| /s/ Merrick Wayne<br>Matthew Topic, D.C. Bar No. IL0037<br>Stephen Stich Match, D.C. Bar No. MA0044<br>Merrick Wayne, D.C. Bar No. IL0058<br>Shelley Geiszler, D.C. Bar No. IL0087<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>(Tel:) 312-243-5900<br>foia@loevy.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar #481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Bradley G. Silverman<br>    BRADLEY G. SILVERMAN<br>    Assistant United States Attorney<br>    D.C. Bar #1531664<br>    U.S. Attorney's Office<br>    District of Columbia<br>    601 D Street NW<br>    Washington, DC 20530<br>    (202) 252-2575<br>    bradley.silverman@usdoj.gov<br><br>    *Counsel for Defendant* |