UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>      Plaintiff,<br><br>    v.<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY et al.,<br><br>      Defendants. | Civil Action No. 22-2319 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (May 17, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology ("NIST") and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

To date, defendants have relayed final determinations for 12,246 pages of documents provided over 39 interim releases made between August 31, 2022 and November 14, 2024: 1,324 documents comprising 11,355 pages have been released in full; 130 documents comprising 885 pages had partial redactions pursuant to FOIA Exemption 6; and 1 document comprising 6 pages was withheld in full pursuant to FOIA Exemption 5, in conjunction with the deliberative process privilege. Since the last JSR, there was one production on November 15, 2024, releasing in full 100 documents comprising 546 pages.

Defendants represented on the last JSR that over 2,000 documents still require feedback from external agencies. Defendants would like to correct that information, and asserts that there is still a significant amount of documents undergoing processing related to the final 11 months covered by the time period of Plaintiff's FOIA request. Defendants believe that there are a little

under 1,200 documents that still need to be produced for that final time period that require final clearance review from NIST, and approximately 4,000 documents that still need to be sent out for external review, be that either with external agencies (e.g., National Security Agency) or third parties (e.g., Microsoft, Google) through Defendant's submitter notification procedures. NIST's Management and Organization Office, which houses records management and the FOIA Office, is now assisting the Information Technology Laboratory, the home of NIST's Post-Quantum Cryptography Standardization Project at issue in Plaintiff's underlying FOIA request, in clearing outstanding documents and sending documents out for consultation with external agencies or submitter notification with non-government entities.

The parties propose that the Court direct them to file another JSR by January 14, 2025, with a recommendation for further proceedings in this matter.

| | |
|---|---|
| Dated: November 15, 2024 | Respectfully submitted, |
| /s/ Merrick Wayne<br>MERRICK WAYNE<br>Matthew Topic, IL0037<br>Josh Loevy, IL0105<br>Shelley Geiszler, IL0087<br>Merrick Wayne, IL0058<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>(Tel:) 312-243-5900<br>foia@loevy.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar #481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Bradley G. Silverman<br>　　BRADLEY G. SILVERMAN<br>　　Assistant United States Attorney<br>　　D.C. Bar #1531664<br>　　U.S. Attorney's Office<br>　　District of Columbia<br>　　601 D Street NW<br>　　Washington, DC 20530<br>　　(202) 252-2575<br>　　bradley.silverman@usdoj.gov<br><br>　　*Attorneys for the United States of America* |