UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL J. BERNSTEIN,

    Plaintiff,

v.

NATIONAL INSTITUTE OF STANDARDS
AND TECHNOLOGY et al.,

    Defendants.

Civil Action No. 22-2319 (DLF)

**JOINT STATUS REPORT**

    Pursuant to this Court's Minute Order (May 17, 2024), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

    To date, defendants have relayed a final determination upon 12,306 pages of documents provided over 40 interim releases made between August 31, 2022 and December 13, 2024: 1,333 documents comprising 11,415 pages have been released in full; 130 documents comprising 885 pages had partial redactions pursuant to FOIA Exemption 6; and 1 document comprising 6 pages was withheld in full pursuant to FOIA Exemption 5, in conjunction with the deliberative process privilege. Since the last JSR, there was one production on December 13, 2024, releasing in full 9 documents comprising 60 pages. Defendants continue to conduct final clearance review, send out documents for consultation with external agencies, and send out submitter notifications to third parties. The parties propose that the Court direct them to file another JSR by March 14, 2025, with a recommendation for further proceedings in this matter.

| | |
|---|---|
| Dated: January 14, 2024 | Respectfully submitted, |
| /s/ Merrick Wayne<br>MERRICK WAYNE<br>Matthew Topic, IL0037<br>Josh Loevy, IL0105<br>Shelley Geiszler, IL0087<br>Merrick Wayne, IL0058<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>(Tel:) 312-243-5900<br>foia@loevy.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar #481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Bradley G. Silverman<br>    BRADLEY G. SILVERMAN<br>    Assistant United States Attorney<br>    D.C. Bar #1531664<br>    601 D Street NW<br>    Washington, DC 20530<br>    (202) 252-2575<br>    bradley.silverman@usdoj.gov<br><br>    *Attorneys for the United States of America* |

2