UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY et al.,<br><br>*Defendants*. | Civil Action No. 22-2319 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order on May 17, 2024, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and U.S. Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

To date, defendants have relayed a final determination upon 1,667 documents (14,200 pages) through 44 interim releases made between August 31, 2022, and March 10, 2025. Of these 1,667 documents finalized, 1,536 of them (13,309 pages) were released in full; 130 of them (885 pages) contained redactions of personal information pursuant to FOIA Exemption 6, and 1 document (6 pages) was withheld in full pursuant to FOIA Exemption 5 in conjunction with the deliberative process privilege.

Since the last JSR, the following productions have been made:

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR41 | 2025-01-14 | 24 | 700 | released in full |
| IR42 | 2025-02-20 | 47 | 725 | released in full |
| IR43 | 2025-03-05 | 70 | 276 | released in full |
| IR44 | 2025-03-10 | 62 | 193 | released in full |

Defendants continue to conduct final clearance review, send out documents for consultation with external agencies, and send out submitter notifications to third parties. The parties propose that the Court direct them to file another JSR by May 13, 2025, with a recommendation for further proceedings in this matter.

Dated: March 14, 2024

Respectfully submitted,

*/s/ Merrick Wayne*
MERRICK WAYNE
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C.
Bar #481866
United States Attorney
BRIAN P. HUDAK
Chief, Civil Division

By: */s/ John C. Truong*
    JOHN C. TRUONG
    Assistant United States Attorney
    D.C. Bar #465901
    U.S. Attorney's Office
    District of Columbia
    601 D Street NW
    Washington, DC 20530
    (202) 252-2524
    john.truong@usdoj.gov

    *Attorneys for the United States of America*

2