UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY et al.,<br><br>    Defendants. | Civil Action No. 22-2319 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Mar. 17, 2025), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. To date, Defendants have relayed a final determination as to over 15,000 pages of documents via 47 interim releases, with the most recent release provided on May 8, 2025. Across these productions, a total of fifty pages have been withheld in full pursuant to FOIA Exemption 5 in conjunction with the deliberative process privilege. Some documents also contained some targeted withholding of personal information pursuant to Exemption 6. Across all 47 productions, here are the summary details regarding the record determinations:[1]

---

[1] A page is designated as "partially released" rather than "released in full" if it is in a document that contains partial withholdings, regardless of whether that page has any information actually withheld.

|  | Documents | Pages |
|---|---:|---:|
| **total found responsive** | 1880 | 15292 |
| **fully released** | 1697 | 14185 |
| **partially released** | 176 | 1057 |
| **fully withheld** | 7 | 50 |

These are the productions that have been made so far in 2025, with the productions that have been made since the last JSR shaded:

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---:|---:|---|
| IR41 | 2025-01-14 | 24 | 700 | released in full |
| IR42 | 2025-02-20 | 47 | 725 | released in full |
| IR43 | 2025-03-05 | 70 | 276 | released in full |
| IR44 | 2025-03-10 | 62 | 193 | released in full |
| IR45 | 2025-03-26 | 95 | 589 | released in full |
|  |  | 3 | 30 | withheld in full per (b)(5)-DPP |
| IR46 | 2025-04-16 | 37 | 202 | released in full |
|  |  | 46 | 172 | partial withholding per (b)(6 |
|  |  | 3 | 14 | withheld in full per (b)(5)-DPP |
| IR47 | 2025-05-08 | 29 | 85 | released in full |

Defendants continue to conduct final clearance review, consult with external agencies, and consult with third parties who potentially submitted business confidential information. The parties propose that the Court direct them to file another JSR by July 14, 2025, with a recommendation for further proceedings in this matter.

2

Dated: May 13, 2025

/s/ Merrick Wayne
MERRICK WAYNE
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/ Bradley G. Silverman
    BRADLEY G. SILVERMAN
    Assistant United States Attorney
    D.C. Bar #1531664
    U.S. Attorney's Office
    District of Columbia
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*