UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL J. BERNSTEIN,

        Plaintiff,

v.

NATIONAL INSTITUTE OF STANDARDS
AND TECHNOLOGY, et al.,

        Defendants.

Civil Action No. 22-2319 (DLF)

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (May 13, 2025), Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. To date, Defendants have relayed a final determination as to 16,222 pages across 49 interim releases, with the most recent release on July 11, 2025. Across these productions, Defendants have withheld in full a total of 62 pages pursuant to Exemption 5 based on the deliberative process privilege. Defendants have also made some targeted redactions of personal information under Exemption 6 and deliberative information under Exemption 5. Across all 49 productions, here are the summary details regarding the record determinations:[1]

---

[1] A page is designated as "partially released" rather than "released in full" if it is in a document that contains partial withholdings, regardless of whether that page has any information actually withheld.

|  | Documents | Pages |
|---|---|---|
| total found responsive | 2042 | 16222 |
| fully released | 1728 | 14405 |
| partially released | 304 | 1755 |
| fully withheld | 10 | 62 |

Since the last status report, the following productions have been made:

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| IR48 | 2025-06-03 | 23 | 122 | released in full |
| IR49 | 2025-07-11 | 8 | 98 | released in full |
|  |  | 1 | 2 | partial withholding per (b)(5)-DPP |
|  |  | 34 | 233 | partial withholding per (b)(6) |
|  |  | 3 | 12 | withheld in full per (b)(5)-DPP |

Defendants continue to conduct final clearance review and consult with external agencies and third parties who potentially submitted have business confidential information. Defendants report that as a result of staff turnover and quality assurance review, Defendants are also conducting an additional review of the documents remaining to be produced, and estimates that the additional review and sending out of documents for consultations and submitter notifications will continue for approximately 36 weeks. The parties propose that the Court direct them to file another JSR by October 14, 2025.

*   *   *

Dated: July 14, 2025

/s/ Merrick Wayne
MERRICK WAYNE
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Bradley G. Silverman
  BRADLEY G. SILVERMAN
  Assistant United States Attorney
  D.C. Bar #1531664
  601 D Street NW
  Washington, DC 20530
  (202) 252-2575
  bradley.silverman@usdoj.gov

*Attorneys for the United States of America*