UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>           Plaintiff,<br><br>     v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY, et al.,<br><br>           Defendants. | Civil Action No. 22-2319 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated December 8, 2025, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully file this Joint Status Report to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

To date, Defendants have relayed a final determination as to 16,695 pages across 52 interim releases, with the most recent release on December 16, 2025.  Across these productions, Defendants have withheld in full a total of 155 pages pursuant to Exemption 5 based on the deliberative process privilege. Defendants have also made some targeted redactions of personal information under Exemption 6 and deliberative information under Exemption 5. Across all 52 productions, here are the summary details regarding the record determinations:[1]

---

[1]     A page is designated as "partially released" rather than "released in full" if it is in a document that contains partial withholdings, regardless of whether that page has any information actually withheld.

|  | Documents | Pages |
|---|---|---|
| Total Found Responsive | 2,143 | 16,695 |
| Fully Released | 1805 | 14,729 |
| Partially Released | 320 | 1,811 |
| Fully Withheld | 18 | 155 |

Since the last status report, the following production has been made:

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| 52 | 12/16/25 | 38 | 189 | 6 |

Defendants continue to conduct final clearance review and consult with external agencies and third parties who potentially submitted have business confidential information. Defendants report that as a result of staff turnover and quality assurance review, Defendants are also conducting an additional review of the documents remaining to be produced, and estimate that the additional review and sending out of documents for consultations and submitter notifications will continue for approximately 22 weeks. The parties propose that the Court direct them to file another Joint Status Report by April 7, 2026.

Dated: February 6, 2026                    Respectfully submitted,

_/s/ Merrick Wayne_                        JEANINE FERRIS PIRRO
MERRICK WAYNE                              United States Attorney
Matthew Topic, IL0037
Josh Loevy, IL0105                         By:  _/s/ Andrew J. Vaden_
Shelley Geiszler, IL0087                        ANDREW J. VADEN
Merrick Wayne, IL0058                           Assistant United States Attorney
LOEVY & LOEVY                                   D.C. Bar #1044860
311 North Aberdeen, 3rd Floor                   601 D Street, NW
Chicago, IL 60607                               Washington, DC 20530
(Tel:) 312-243-5900                             (202) 252-2437
foia@loevy.com                                  Andrew.Vaden@usdoj.gov

_Counsel for Plaintiff_                     _Attorneys for the United States of America_