UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY, et al.,<br><br>          Defendants. | Civil Action No. 22-2319 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated February 6, 2026, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully file this Joint Status Report to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

To date, Defendants have relayed a final determination as to 16,746 pages across 53 interim releases, with the most recent release on March 11, 2026.  Across these productions, Defendants have withheld in full a total of 155 pages pursuant to Exemption 5 based on the deliberative process privilege. Defendants have also made some targeted redactions of personal information under Exemption 6 and deliberative information under Exemption 5. Across all 53 productions, here are the summary details regarding the record determinations:[1]

---

[1]     A page is designated as "partially released" rather than "released in full" if it is in a document that contains partial withholdings, regardless of whether that page has any information actually withheld.

|  | Documents | Pages |
|---|---|---|
| Total Found Responsive | 2,159 | 16,746 |
| Fully Released | 1,818 | 14,767 |
| Partially Released | 323 | 1,824 |
| Fully Withheld | 18 | 155 |

Since the last status report, the following production has been made:

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| 53 | 03/11/26 | 13 | 38 | (disclosed in entirety) |
|  |  | 3 | 13 | Exemption 6 |

Defendants continue to conduct final clearance review and consult with external agencies and third parties who potentially submitted business confidential information. Defendants report that as a result of staff turnover and quality assurance review, Defendants are also conducting an additional review of the documents remaining to be produced, and estimate that the additional review and sending out of documents for consultations and submitter notifications will continue for approximately 16 weeks. The parties propose that the Court direct them to file another Joint Status Report by June 8, 2026.

Dated: April 7, 2026

Respectfully submitted,

_/s/ Merrick Wayne_
MERRICK WAYNE
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ Andrew J. Vaden_
ANDREW J. VADEN
Assistant United States Attorney
D.C. Bar #1044860
601 D Street, NW
Washington, DC 20530
(202) 252-2437
Andrew.Vaden@usdoj.gov

_Counsel for Plaintiff_

_Attorneys for the United States of America_