UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL J. BERNSTEIN,

Plaintiff,

v.

NATIONAL INSTITUTE OF STANDARDS
AND TECHNOLOGY, et al.,

Defendants.

Civil Action No. 22-2319 (DLF)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated April 7, 2026, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully file this Joint Status Report to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

To date, Defendants have relayed a final determination as to 17,371  pages across 55 interim releases, with the most recent release on May 21, 2026.  Across these productions, Defendants have withheld in full a total of 369 pages pursuant to Exemption 5 based on the deliberative process privilege. Defendants have also made some targeted redactions of personal information under Exemption 6 and deliberative information under Exemption 5.  Across all 55 productions, here are the summary details regarding the record determinations[1]:

---

[1]      A page is designated as "partially released" rather than "released in full" if it is in a document that contains partial withholdings, regardless of whether that page has any information actually withheld.

|  | Documents | Pages |
|---|---|---|
| Total Found Responsive | 2,256 | 17,371 |
| Fully Released | 1,874 | 15,064 |
| Partially Released | 341 | 1,939 |
| Fully Withheld | 40 | 369 |

Since the last status report, the following productions have been made:

| Production | Date | Documents | Pages | Exemption Notes |
|---|---|---|---|---|
| 54 | 04/20/2026 | 16 | 33 | Released in Entirety |
|  |  | 7 | 12 | Released with Redactions (5 and 6) |
|  |  | 19 | 168 | Withheld in Entirety (Exemption 5) |
| 55 | 05/21/2026 | 40 | 264 | Released in Entirety |
|  |  | 11 | 102 | Released with Redactions (5 and 6) |
|  |  | 3 | 46 | Withheld in Entirety (Exemption 5) |

Defendants continue to conduct final clearance review and consult with external agencies and third parties who potentially submitted business confidential information. Defendants report that as a result of staff turnover and quality assurance review, Defendants are also conducting an additional review of the documents remaining to be produced, and estimate that the additional review and sending out of documents for consultations and submitter notifications will continue for approximately eight weeks. The parties propose that the Court direct them to file another Joint Status Report by August 7, 2026.

*          *          *

- 3 -

Dated: June 8, 2026

Respectfully submitted,

　　　*/s/ Merrick Wayne*
MERRICK WAYNE
Matthew Topic, IL0037
Josh Loevy, IL0105
Shelley Geiszler, IL0087
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:　　　*/s/ Andrew J. Vaden*
　　ANDREW J. VADEN
　　Assistant United States Attorney
　　D.C. Bar #1044860
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 252-2437
　　Andrew.Vaden@usdoj.gov

*Attorneys for the United States of America*