UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>       Plaintiff,<br><br>       v.<br><br>NATIONAL INSTITUTE OF STANDARDS<br>AND TECHNOLOGY, et al.,<br><br>       Defendants. | Civil Action No. 22-2319 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated June 9, 2026, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology and Department of Commerce, by and through the undersigned counsel, respectfully file this Joint Status Report to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

To date, Defendants have relayed a final determination as to 17,371 pages across 55 interim releases, with the most recent release on May 21, 2026. Across these productions, Defendants have withheld in full a total of 369 pages pursuant to Exemption 5 based on the deliberative process privilege. Defendants have also made some targeted redactions of personal information under Exemption 6 and deliberative information under Exemption 5. Across all 55 productions, here are the summary details regarding the record determinations[1]:

---

[1]    A page is designated as "partially released" rather than "released in full" if it is in a document that contains partial withholdings, regardless of whether that page has any information actually withheld.

|  | Documents | Pages |
|---|---|---|
| Total Found Responsive | 2,255[2] | 17,371 |
| Fully Released | 1,874 | 15,064 |
| Partially Released | 341 | 1,939 |
| Fully Withheld | 40 | 369 |

Defendants anticipate making the next production to Plaintiff, interim production 56, by August 31, 2026.

Defendants continue to conduct final clearance review and consult with external agencies and third parties who potentially submitted business confidential information.  Defendants report that a total of 4,571 documents potentially responsive to this request remain under review; approximately 600 of these will require external review by another agency or organization before release determinations can be made.  The parties propose that the Court direct them to file another Joint Status Report by October 6, 2026, at which time Defendants will provide a further update on the status of the documents remaining for review.

*       *       *

---

[2]    Prior filings noted that the total number of responsive documents was 2,256.  This was a scrivener's error, and Defendant can report that the correct total number of responsive documents is 2,255.

- 3 -

Dated: August 7, 2026

      */s/ Merrick Wayne*

Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No.
MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Andrew J. Vaden*

    ANDREW J. VADEN
    Assistant United States Attorney
    D.C. Bar #1044860
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437
    Andrew.Vaden@usdoj.gov

*Attorneys for the United States of America*