UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. BERNSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, et al.,<br><br>Defendants. | Civil Action No. 22-2319 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated August 7, 2026, Plaintiff Daniel J. Bernstein and Defendants National Institute of Standards and Technology ("NIST") and Department of Commerce ("DOC"), by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") to update the Court on the status of production of records responsive to Plaintiff's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

To date, Defendants have issued final determinations as to 2,281 records (17,771 pages) across 56 interim releases, with the most recent release made on September 22, 2026. Across these productions, Defendants have withheld in full a total of 366 pages pursuant to Exemption 5 based on the deliberative process privilege. Defendants have also made some targeted redactions of personal information under Exemption 6 and deliberative information under Exemption 5. Across all 56 productions, here are the summary details regarding Defendants' determinations:

| | Documents | Pages |
|---|---|---|
| Total Found Responsive | 2,281 | 17,771 |
| Fully Released | 1,898 | 15,536 |
| Partially Released[1] | 343 | 1,869 |
| Fully Withheld | 40 | 366 |

Defendants anticipate making the next release to Plaintiff, interim production 57, by November 1, 2026.

Defendants continue to conduct final clearance review and consult with external agencies and with third parties who potentially submitted business confidential information. In the August 7, 2026 JSR, ECF No. 38, Defendants reported that 4,571 records remained under review, of which approximately 600 would require agency consultation or submitter notification. Because of the highly technical nature of the records requested in this case, one of NIST's six research laboratories, the Information Technology Laboratory (ITL), conducted the searches and initial responsiveness review for records.[2] ITL personnel, as the subject matter experts, reviewed the records in the first instance and provided responsive records to NIST's FOIA office for processing and release by the NIST FOIA office. NIST reports that since August 7, 2026, ITL has completed review for all 4,571 records and identified approximately 550 additional records as responsive, and provided those records to the NIST FOIA office for review and further processing. Of the approximately 600 records previously reported as requiring agency consultation or submitter notification, Defendants now report that the NIST FOIA office has sent out 211 records for submitter notification and four records for agency consultation.

[1] A page is designated as "partially released" rather than "released in full" if it is in a record that contains partial withholdings, regardless of whether that page has any information actually withheld.

[2] *See* NIST, *Information Technology Laboratory*, at https://www.nist.gov/itl.

The parties propose that the Court direct them to file another JSR by December 8, 2026, at which time Defendants will provide a detailed update on the status of the remaining records.

* * *

Dated: October 6, 2026

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Andrew J. Vaden*
ANDREW J. VADEN
Assistant United States Attorney
D.C. Bar #1044860
601 D Street, NW
Washington, DC 20530
(202) 252-2437
Andrew.Vaden@usdoj.gov

*Attorneys for the United States of America*